## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW MEXICO

| | |
|---|---|
| CORY BONE and LUIS CARRILLO, Individually and on behalf of all others similarly situated, | § Civil Action No. 2:20-cv-000697-RB-GJF § § § § JURY TRIAL DEMANDED § § COLLECTIVE ACTION |
| v. | § PURSUANT TO 29 U.S.C. § 216(b) § |
| XTO ENERGY, INC. | § CLASS ACTION § PURSUANT TO FED. R. CIV. P. 23 § |

### PLAINTIFFS' MOTION TO TRANSFER
### PURSUANT TO THIS COURT'S ORDER (Doc. 58)

**1. SUMMARY**

Plaintiffs Cory Bone and Luis Carrillo, individually and on behalf of all others similarly situated, ("Plaintiffs"), file this Plaintiffs' Motion to Transfer Pursuant to this Court's Order (Doc. 58). Plaintiffs brought this lawsuit alleging Defendant failed to pay them and other similarly situated workers in accordance with the Fair Labor Standards Act (FLSA). Doc. 1. On September 22, 2021, this Court entered its Memorandum Order and Opinion Granting in Part and Deferring in Part Defendant's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(B)(2) and Fed. R. Civ. P. 12(B)(6). Doc. 58. The Order requires Plaintiffs to indicate whether they wish "this Court transfer the entire case to Delaware, where Defendant is incorporated and may be subject to general jurisdiction on all claims from the nationwide collective." *Id.* at 8. The Plaintiffs file this Motion to inform the Court they wish to transfer this case to the United States District Court for the District of Delaware.

**2. CONCLUSION**

Accordingly, pursuant to this Court's Order, the Plaintiffs respectfully request this Court transfer this case to the United States District Court for the District of Delaware.

Respectfully submitted,

*/s/ Andrew W. Dunlap*
Michael A. Josephson
State Bar No. 24014780
Andrew W. Dunlap
State Bar No. 24078444
**JOSEPHSON DUNLAP LAW FIRM**
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
Tel: (713) 352-1100
Fax: (713) 352-3300
mjosephson@mybackwages.com
adunlap@mybackwages.com

Richard J. (Rex) Burch
State Bar No. 24001807
**BRUCKNER BURCH, PLLC**
11 Greenway Plaza, Suite 3025
Houston, Texas 77046
Tel: (713) 877-8788
Fax: (713) 877-8065
rburch@brucknerburch.com

Clif Alexander
Texas State Bar No. 24064805
Austin Anderson
Texas State Bar No. 24045189
**ANDERSON ALEXANDER, PLLC**
819 North Upper Broadway
Corpus Christi, Texas 78401
Tel: (361) 452-1279
Fax: (36) 452-1284
clif@a2xlaw.com

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that on October 6, 2021, I electronically filed the attached with the Clerk of the Court using the ECF system which will send such filing to all attorneys of record.

*/s/ Andrew W. Dunlap*
Andrew W. Dunlap
