# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORY BONE and LUIS CARRILLO, Individually and for others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>XTO ENERGY, INC.,<br><br>　　　　　Defendant. | C.A. No. 1:21-cv-01460-JHS |

## ORDER DISMISSING ACTION WITH PREJUDICE

AND NOW, upon consideration of the Parties (Cory Bone, Luis Carrillo, Larry Lynn Lyons, Larry Wayne Howell, Frank McKelvy, Ezequiel Gonzalez, Javier Gonzalez, Joe Frantom, Benjamin Fontenot, Timothy Lunson, Charles Carter, Johnny Mayo II, Dustin Porter, James Davis, Juan Gonzales, Kenneth Cormier, Dustin Caughern, Jesus Amador Jr., and Mark Payne, and Defendant XTO Energy Inc.), who pursuant to Rule 41 jointly filed a Stipulation to Dismissal With Prejudice, it is **ORDERED, ADJUDGED** and **DECREED** that pursuant to Rule 41 of the Federal Rules of Civil Procedure, this Action is **DISMISSED WITH PREJUDICE**, each party to bear its/his own costs.

**IT IS SO ORDERED**, this 16th day of April, 2024.

　　　　　　　　　　　　　　　　　　　　/s/Joel H. Slomsky, J.
　　　　　　　　　　　　　　　　　　　　The Honorable Joel H. Slomsky